DAVID BAKER, *Appellant, v.* SARAH A. WITHERELL, *Respondent, Impleaded, etc.* — Judgment reversed, reference discharged, new trial granted, costs to abide event. Mem. by BOARDMAN, J.

TIMOTHY DILLON and another, *Respondents, v.* JAMES L. INGALSBE, *Appellant.* — Judgment affirmed, with costs. POTTER, J., not acting.

HERMENEGILDE PREFONTAINE, *Appellant, v.* JOSEPH M. WARREN and another, *Respondents.* — Judgment affirmed, with costs.

CHARLES E. CONE, *Respondent, v.* ROSWELL WARNER, *Appellant.* — Judgment affirmed, with costs. Mem. by LEARNED, P. J.

WARREN BENNETT and another, *Appellants, v.* ROBERT NELSON, *Respondent.* — Judgment affirmed, with costs. Mem. by LEARNED, P. J.

OSCAR HOPKINS, *Appellant v.* HARRIET SCOTT, *Respondent.* — Judgment affirmed, with costs.

FREDERICK E. ILLSTON and another, *Respondents, v.* RICHARD PARKER, *Appellant.* — Judgment affirmed, with costs.

IN THE MATTER OF THE ESTATE OF THOMAS McBRIDE, *Deceased.* — Order affirmed, with ten dollars costs and printing disbursements. Mem. by LEARNED, P. J.

WILLIAM W. HARE, *Appellant, v.* HENRY SCHOFIELD, *Respondent.* — Judgment and order affirmed, with costs.

C. MEECH WOOLSEY, *as Receiver, etc., Respondent and Appellant, v.* EZEKIEL S. ELTING and another, *Appellants and Respondents.* — Judgment affirmed, without costs. Mem. by LEARNED, P. J.

EDWARD HUGHES, Jr., *Respondent, v.* CHARLES M. BAXTER, *Appellant.* — Judgment of County Court and of justice reversed, with costs, and judgment rendered for defendant, with costs. Mem. by LEARNED, P. J.